UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  Case No.: 12-30081-EPK

CLSF III IV, Inc*., et al.*,  (Substantively Consolidated)
 Chapter 7
    Debtors.
_____/

DEBORAH C. MENOTTE, Chapter 7 Trustee,

    Plaintiff,
v.  Adv. No. 14-01595-EPK

SUNSTAR FINANCIAL, LLC; and REED
COLLINGWOOD,

    Defendants.
_____/

## VERIFIED MOTION FOR CLERK'S DEFAULT AGAINST <u>REED COLLINGWOOD</u>

    Plaintiff, Deborah C. Menotte ("Plaintiff"), by and through undersigned counsel, moves the Court pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, for the entry of a Clerk's default against the Defendant, Reed Collingwood (the "Defendant"). In support of this Motion, the Plaintiff states as follows:

    1.    On August 21, 2014, the Plaintiff filed a *Complaint to Avoid and Recover Fraudulent Transfers* [ECF No. 1] (the "Complaint") in this adversary proceeding against the Defendant.

    2.    On August 28, 2014, true and correct copies of the Complaint, *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 2] and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] (collectively, the "Documents")

were served upon the Defendant by first class, U.S. Mail, as well as Certified Mail, Return Receipt Requested, at the following addresses: Reed Collingwood, 27127 N. 137th Street, Scottsdale, AZ 85262-7890, and Reed Collingwood, P.O. Box 1347, Bellevue, WA 98009-1347, as evidenced by the Certificate of Service filed on August 29, 2014 [ECF No. 4].

    3.    The packages containing the Documents were not returned to the Plaintiff as undeliverable.

    4.    As provided in Fed.R. Bankr. P. 7012(a), a response to the Complaint was due within thirty (30) days from service of the Complaint, or September 22, 2014.

    5.    A review of the Court's electronic docket indicates that the Defendant has not filed a response or otherwise pled a defense to the Complaint. More than thirty (30) days have elapsed since the service of the Documents upon the Defendant. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, the Plaintiff is entitled to the entry of a default.

    6.    The Defendant is not a member of the armed forces as evidenced by the Military Status Affidavit/Comprehensive Report and Affidavit in Support of Search attached hereto as **Exhibit "A."**

    **WHEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that the Clerk of the Court enter a default against the Defendant and for such other relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 30th day of September, 2014, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon all

5959436-1

parties listed below.

                                    BERGER SINGERMAN LLP
*Counsel to the Plaintiff*
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

By: _____
Leslie Gern Cloyd
Florida Bar No. 303305
E-mail: lcloyd@bergersingerman.com
Deborah B. Talenfeld
Florida Bar No. 948004
E-mail: dtalenfeld@bergersingerman.com

## VERIFICATION

STATE OF FLORIDA              )
                                      ) :ss
COUNTY OF BROWARD    )

    The foregoing instrument was sworn to and subscribed before me, under penalty of perjury, by Deborah B. Talenfeld, who is personally known to me, on this 30th day of September, 2014.

_____
Notary Public



LISA O. WEBSTER
MY COMMISSION # EE 052109
EXPIRES: January 8, 2015
Bonded Thru Notary Public Underwriters

3

5959436-1

## **SERVICE LIST**

Reed Collingwood
27127 N. 137th St
Scottsdale, AZ 85262-7890

Sunstar Financial, LLC
Attn.: Reed Collingwood, Registered Agent
40 Lake Bellevue, Suite 100
Bellevue, WA 98004

5959436-1

# **EXHIBIT "A"**



**RECOURSA**
INFORMATION SOLUTIONS, INC.

**toll free** 800-444-6782
**fax** 845-331-0829
**email** customerservice@recoursa.com
**web** www.recoursa.com
**address** PO Box 448, Accord, NY 12404

**Account #:** 227260 **Job #:** 513221 **Your File#** collinwood

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Stephanie M. Lezer of Recoursa Information Solutions, Inc. with offices located at P.O. Box 448, Accord, NY 12404, am over the age of 18 and do hereby attest that Recoursa Information Solutions, Inc., has conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against Reed P Collingwood.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant, the defendants name Reed P Collingwood and Social Security Number, which I know because it was located through a diligent search of the individuals' name, street address and state of residence, which was provided to me by the plaintiff's attorney, Berger Singerman LLP, and yielded a positive identity match. I have caused an investigation to be made as fully set forth in the accompanying Verification of Non-Military Service, attached hereto and made part of hereof, as defined in said Act to ascertain if any occupant of said premises is a dependent of a person in the military service.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 9/29/2014, a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not on active duty in the Military Service of the United States, or as a member of the military reserves or dependent upon a member of the military service or military reserves in the State of Washington. Furthermore, I have found no evidence the defendant is on active military duty with any nation allied with United States of America.

DATED: 9/29/2014

Signature
Stephanie M. Lezer

Sworn to before me this 29th day of September, 2014

SHERRY A. GIAMMICHELE
Notary Public, State of New York
No. 01GI6273375
Qualified in Ulster County
Commission Expires January 14, 2017

(305) 714-4340



**RECOURSA**
INFORMATION SOLUTIONS, INC.

toll free  800-444-6782
fax       845-331-0829
email     customerservice@recoursa.com
web       www.recoursa.com
address   PO Box 448, Accord, NY 12404

Account #: 227260  Job #: 513221  Your File# collinwood

MILITARY STATUS AFFIDAVIT VERIFICATION STATUS

COMPREHENSIVE REPORT

### SEARCH CRITERIA:

Reed P Collingwood

PO Box 1347 Bellevue Washington

### RESULTS:

NAME: Reed Collingwood
AKA'S:
SSN: ████-9490

### END OF REPORT

All sources used by Recoursa Information Solutions, Inc. are deemed both reliable and accurate. However, we have no control over the integrity of the data and we will not assume responsibility for the accuracy or integrity of the records used. Furthermore, Recoursa Information Solutions, Inc., does not make any warranty of content expressed, implied or intended. The condition of any information mentioned in our reports is for investigative purposes only and is produced for the exclusive use of the requester.

### THIS DOCUMENT IS FOR INTERNAL USE ONLY.

NOT INTENDED FOR ADMISSION INTO PUBLIC RECORD AND WOULD BE A VIOLATION OF THE FAIR CREDIT REPORTING ACT.

Department of Defense Manpower Data Center

Results as of : Sep-29-2014 01:44:08 PM
SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: COLLINGWOOD
First Name: REED
Middle Name: P
Active Duty Status As Of: Sep-29-2014

| | On Active Duty On Active Duty Status Date | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

| | Left Active Duty Within 367 Days of Active Duty Status Date | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| | The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: QDX2G04D6018LA0